IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Cause No. EP:21-CR-01117-DB(1) |
| JAMES MASTRONARDI | § § | |

## ORDER REVOKING SUPERVISED RELEASE

On December 8, 2022, came to be considered the petition for revocation of supervised release in the above styled and numbered cause. The Defendant appeared in person by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the defendant, **JAMES MASTRONARDI**, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on September 23, 2021, in that the defendant used controlled substances to wit: amphetamine and cocaine, in violation of a special condition of his conditions of supervised release. The Court further found that continuing defendant on supervised release would no longer serve the ends of justice, and that the petition for revocation of supervised release should be granted. It is therefore **ORDERED** that the petition for revocation of supervised release filed herein on June 13, 2022 be, and it is hereby, **GRANTED**.

It is further **ORDERED** that the supervised release of defendant **JAMES MASTRONARDI** be, and it is hereby, **REVOKED**.

It is further **ORDERED** that the defendant is hereby, committed to the custody of the Bureau of Prisons for a period of four (4) months. No supervised release to follow.

Signed this 8th day of December, 2022

_____
DAVID BRIONES
Senior U.S. District Judge